UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ANTHONY TROCCHIA,

Plaintiff,

-against-

SINY PRACTICE MANAGEMENT, LLC, and MIGLIO PROPERTIES- BROOKLYN LLC,

Defendants.

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Civil Action No.: 1:24-cv-08053-FB-LKE

This matter has been resolved amongst the parties. Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, ANTHONY TROCCHIA, by and through his counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, **WITH PREJUDICE** as against Defendants, SINY PRACTICE MANAGEMENT, LLC, and MIGLIO PROPERTIES – BROOKLYN LLC, since no party has answered or otherwise moved for summary judgment in this action.

Dated: New York, New York
February 26, 2025

**THE MARKS LAW FIRM, P.C.**

By________________________

Bradly G. Marks, Esq.
155 East 55th Street, Suite 4H
New York, NY 10022
T: (646) 770-3775
E: brad@markslawpc.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK.

ANTHONY TROCCHIA,

Plaintiff,

-against-

SINY PRACTICE MANAGEMENT, LLC, and MIGLIO PROPERTIES- BROOKLYN LLC,

Defendants.

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

THE MARKS LAW FIRM, PC
*Attorneys for Plaintiff*
155 E 55th Street, Suite 4H
New York, NY 10022
Tel: (646) 770-3775
Email: brad@markslawpc.com